UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JABARI LONG,

        Plaintiff,

v.                                               Case No. 12-cv-12208
                                                Honorable Denise Page Hood

NEW YORK COMMUNITY BANK,
as Servicer for the FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver
of AMTRUST BANK,

        Defendant.

_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date October 31, 2012, this cause of action is **DISMISSED**.  Accordingly, judgment is entered in favor of the Defendant and against the Plaintiff.

      Dated at Detroit, Michigan this 31st day of October, 2012.


                                                                                     DAVID J. WEAVER
                                                                                      CLERK OF THE COURT

                                                                                      BY: s/Julie Owens_____
APPROVED:                                                             Deputy Clerk

s/Denise Page Hood_____
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                      S/Julie Owens_____
                                      Case Manager